THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JAMES JENKINS, Respondent.— Order of the County Court, Westchester County, dated

January 27, 1970, affirmed, upon the opinion of County Judge Marbach. Hopkins, Acting P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.